The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 04, 2011, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: March 04, 2011

_____
Arthur I. Harris
United States Bankruptcy Judge

_____

BK1100329
CLF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE:                                    Case No. 11-10201

Robert Crabtree                           Chapter 7
Rachelle Crabtree
                                          Judge Harris
            Debtors

                                          **ORDER FOR RELIEF FROM STAY AND
                                          ABANDONMENT OF U.S. BANK, N.A.
                                          PROPERTY LOCATED AT (1380
                                          HERBERICH AVENUE
                                          AKRON, OH 44301)**

This matter came before the Court on the Motion for Relief from Stay and Abandonment

(the Motion) filed by U.S. Bank, N.A. (Movant). Movant has alleged that good cause for

granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee,

and all other necessary parties were served with the Motion, and with notice of the hearing date

on the Motion.

No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 1380 Herberich Avenue, Akron, OH 44301 (Collateral) if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

###

**SUBMITTED BY:**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Rachelle Crabtree - Debtor
586 Parkside Reserve Street
Wellington, OH 44090
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Robert Crabtree - Debtor
586 Parkside Reserve Street
Wellington, OH 44090
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Klaus Luhta, Esq. - Attorney for Debtors
PO Box 23164
Chargin Falls, OH 44023
klaus@luhtalaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Wells Fargo NA - Creditor
P.O. Box 536205
Atlanta, GA 30353-6205
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Waldemar J. Wojcik - Trustee
526 Superior Avenue
Leader Building #1030
Cleveland, OH 44114
wwojcik@epitrustee.com
VIA ELECTRONIC SERVICE